# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Libby Jo Rogers and Albert H. Rogers,

        Plaintiffs,

v.                                              Civil No. 08-2149 (JNE/JSM)
                                              ORDER

Wyeth, Inc., and Wyeth Pharmaceuticals Inc.,

        Defendants.

On June 4, 2010, the Court ordered the parties to submit briefs that address (1) whether this action should be transferred to another district pursuant to 28 U.S.C. § 1404(a) and (2) if a transfer is appropriate, the district to which the action should be transferred. Plaintiffs requested a transfer to the United States District Court for the Northern District of Georgia. Defendants opposed a transfer and, in the alternative, requested a transfer to the United States District Court for the Middle District of Georgia.

On August 20, 2010, the Court concluded that a transfer of this action is warranted. The Court ordered the parties to submit letters that address whether the action should be transferred to the Northern District of Georgia or to the Middle District of Georgia. Defendants did not object to Plaintiffs' initial request for a transfer to the Northern District of Georgia. Plaintiffs indicated that their initial request was improper and that the action should be transferred to the Middle District of Georgia.

The Court transfers this action to the United States District Court for the Middle District of Georgia. Therefore, IT IS ORDERED THAT:

1.      This action is transferred to the United States District Court for the Middle District of Georgia.

2.       The Clerk of Court is directed to effect the transfer.

Dated:  August 31, 2010

s/  Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge