IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **LIBBY JO ROGERS and ALBERT H. ROGERS,** Plaintiffs, v. **WYETH, INC., and WYETH PHARMACUETICALS, INC.,** Defendants. | Civil Action 7:10-CV-96 (HL) |

### ORDER

Notice was sent to the parties on December 12, 2011 that this case will be set for trial in April of 2012. A review of the record shows that no substantive activity has taken place in this case since it was transferred to the Middle District in September of 2010. The parties are to advise the Court in writing no later than February 6, 2012 as to the status of this case.

**SO ORDERED**, this the 24th day of January, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh